**Paul A. CULBREATH, Appellant,**

v.

**Carl Dwayne PLUMLEE, Appellee.**

No. 05–1550.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 28, 2006.

Decided: March 3, 2006.

Paul A. Culbreath, Jonesboro, AR, Pro Se.

Robert Lee Henry, III, Barber & McCaskill, Little Rock, AR, for Defendant–Appellee.

1. The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.

Before MELLOY, FAGG, and BENTON, Circuit Judges.

PER CURIAM.

Paul Culbreath appeals the district court's [1] adverse grant of summary judgment in his civil action against Carl Dwayne Plumlee. Having carefully reviewed the record, *see Madewell v. Downs*, 68 F.3d 1030, 1036 (8th Cir.1995) (de novo standard of review), we agree with the district court that Culbreath's allegations were either time-barred or meritless, for the reasons explained in the district court's opinion. Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.